671       In re Dr. Millard Bass Right to Privacy/Defamation Litigation

| | | |
|---|---|---|
| 85/10/30 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERT. OF SERVICE -- Pltf. Dr. Millard Bass -- SUGGESTED TRANSFEREE DISTRICT: E.D. NEW YORK OR E.D. MICHIGAN, SUGGESTED TRANSFEREE JUDGE: ? (rh) |
| 85/11/14 | 2 | LETTER w/COPY OF JUDGMENT AND ORDER DISMISSING ACTION -- (A-1 Dr. Millard Bass v. State of Colorado, et al., D. Colorado, C.A. No. 85-F-1720) -- Order filed on 10/30/85 in D. Colorado (ds) |
| 85/11/14 | | ORDER DENYING MOTION AS MOOT -- Notified involved counsel, clerks, judges and misc. recipients. (ds) |
| 85/11/14 | 3 | RESPONSE -- (to Pldg. #1) Defts. Dr. Werner U. Spitz, Nancy Alberts, Patrick Foley, Wayne County and the Wayne County Prosecutor's Office -- w/cert. of svc. (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 671 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE DR. MILLARD BASS RIGHT TO PRIVACY/DEFAMATION LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 11/14/85 | MO | Unpublished | | | |

### Special Transferee Information

DATE CLOSED: 11/14/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 671 -- In re Dr. Millard Bass Right to Privacy/Defamation Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Dr. Millard Bass v. State of Colorado, et al. | Colo. Finesilver | 85-F-1720 | | | 10/31/85 D | DENIED 11/14/85 |
| A-2 | Dr. Millard Bass v. Dr. Werner U. Spitz, et al. | Mich., E. LaPlata | 85-CV-73367-DT | | | | DENIED 11/14/85 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 571 -- In re Dr. Millard Bass Right to Privacy/Defamation Litigation

CERTIFICATE OF MAILING

I hereby certify that a true and correct copy of the foregoing MOTION TO CONSOLIDATE addressed to the Judicial Panel on Multidistrict Litigation, Washington, D.C., has been placed in the U. S. Mail, postage prepaid, this 26 day of October, 1985, addressed to the following:

District of Colorado Parties:

DANIEL R. SATRIANO, ESQ.
Hall & Evans, Esqs.
Attorneys for Colorado, Public
  Defender Office (Golden, Co.),
  Gayle, Keating, Otsuki and
  Doe Deft.
717 Seventeenth Street, #2900
Denver, Colorado 80202

TIMOTHY SCHIMBERG, ESQ,
Wood, Ris & Hames, Esqs.
Attorneys for Fitch
1775 Sherman Street, #1600
Denver, Colorado 80203

STEVEN MUNSINGER, ESQ.
Local Counsel for Plaintiff
600 S. Cherry, #420
Denver, Colorado 80222

Courts:
Clerk of the Court
United States District Court
United States Courthouse
Denver, Colorado 80294

Clerk of the Court
United States District Court
231 Lafayette
Detroit, Michigan, 48226

Eastern District of Michigan Parties:

DEAN KOULOURAS, ESQ.
Corporation Counsel, Wayne County
Attorney for Spitz and County of Wayne
701 City-County Building
Detroit, Michigan 48226

NANCY ALBERTS, ESQ.
Defendant Pro Se
Wayne County Prosecutor's Office
1441 St. Antoine
Detroit, Michigan 48226

PATRICK FOLEY, ESQ.
Defendant Pro Se
Wayne County Prosecutor's Office
1441 St. Antoine
Detroit, Michigan 48226

WAYNE COUNTY PROSECUTOR'S OFFICE
Defendant Pro Se
1441 St. Antoine
Detroit, Michigan 48226

THOMAS F. MYERS, ESQ.
Garan, Lucow, Miller, Seward, etc.
Attorneys for Legal Aid & Defender
  Assn. & Monsey Wilson
561 East Jefferson Avenue
Detroit, Michigan 48226

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 671 -- In re Dr. Millard Bass Right to Privacy/Defamation Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| State of Colorado | A-1, |
| Public Defender's Office (Golden, Co.) | A-1 |
| Steven Gayle, Esq. | A-1 |
| Sue Ann Fitch, Esq. | A-1 |
| Scott Keating | A-1 |
| Ronald Otsuki | A-1 |
| John Doe #3 | A-1 |
| Dr. Werner U. Spitz | A-2 |
| Nancy Alberts | A-2 |
| Patrick Foley | A-2 |
| State of Michigan | A-2 |

p. 2

| | |
|---|---|
| County of Wayne | A-2 |
| Wayne County Prosecutor's Office | A-2 |
| Legal Aid and Defender's Assn. of Detroit, Michigan | A-2 |
| Monsey Wilson | A-2 |
| Pat Gamble | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |