JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

NOV 14 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 671

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE DR. MILLARD BASS RIGHT TO PRIVACY/DEFAMATION LITIGATION

ORDER DENYING MOTION AS MOOT

On October 30, 1985, Dr. Millard Bass moved the Panel, pursuant to 28 U.S.C. §1407, for an order transferring an action pending in the District of Colorado to either the Eastern District of Michigan or the Eastern District of New York for coordinated or consolidated pretrial proceedings with an action pending in the Eastern District of Michigan. By order dated October 30, 1985, summary judgment was entered in the Colorado action in favor of all defendants and the action was dismissed.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

District of Colorado

Dr. Millard Bass v. State of Colorado, et al., C.A. No. 85-F-1720

Eastern District of Michigan

Dr. Millard Bass v. Dr. Werner U. Spitz, et al., C.A. No. 85-CV-73367